UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRIMACK MUTUAL FIRE INSURANCE COMPANY<br>Plaintiff, | )<br>)<br>)<br>) | CIVIL ACTION NO. 3:20-cv-00791-VLB |
| V. | )<br>) | |
| KIM RENCHY HODGE,<br>SALLY DURSO, AND<br>CSAA AFFINITY INSURANCE COMPANY<br>Defendants. | )<br>)<br>)<br>) | AUGUST 14, 2020 |

## DEFENDANTS' KIM RENCHY HODGE AND CSAA AFFINITY INSURANCE COMPANY'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) and Local Rule 7, the defendants, Kim Renchy Hodge ("Renchy Hodge") and CSAA Affinity Insurance Company ("CSAA"), hereby move to dismiss this action for lack of subject matter jurisdiction.

Specifically, the Plaintiff, Merrimack Mutual Fire Insurance Company ("Merrimack"), filed this declaratory judgment action invoking diversity jurisdiction and alleging that the amount of controversy exceeds $75,000.00. Regarding the amount in controversy, the Plaintiff asserts generic claims in its Complaint that "[u]pon information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest and costs" and that "the amount in controversy exceeds $75,000.00." Complaint, ¶¶ 9-10. However, because there is no evidence

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

 HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

to support Merrimack's generic allegations that the amount of controversy exceeds $75,000.00 at the time that the lawsuit was filed, this case should be dismissed for lack of subject matter jurisdiction.

For the reasons more fully set forth in the accompanying Memorandum of Law, the Defendants, Kim Renchy Hodge and CSAA Affinity Insurance Company respectfully request that the Court grant their Motion to Dismiss.

DEFENDANTS,
KIM RENCHY HODGE
CSAA AFFINITY INSURANCE
COMPANY

By /s/Rachel J. Fain
   Rachel J. Fain of
   HALLORAN & SAGE LLP
   225 Asylum Street
   Hartford, CT 06103
   Fed. Bar #ct 29620
   Phone:    860 297-4622
   Fax: 860-548-0006
   fain@halloransage.com
   Its Attorneys

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

 HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

## CERTIFICATION

     This is to certify that on this 14th day of August, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Scott T. Ober, Esq.
Sarah B. Christie, Esq.
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA 06108

Kelly E. Petter, Esq.
Hassett & Donnelly, P.C.
185 Asylum Street, 26th Floor
Hartford, CT 06103

Bruce D. Jacobs, Esq.
Jacobs & Jacobs
700 State Street, Suite 301
New Haven, CT 06511

*/s/Rachel J. Fain*
Rachel J. Fain

- 3 -

6576341v.1
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105