UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MERRIMACK MUTUAL FIRE** : | |
| **INSURANCE COMPANY** : | |
| : | **Docket No.: 3:20-cv-791** |
| **Plaintiff,** : | |
| : | |
| **V.** : | |
| : | |
| **KIM RENCHY HODGE,** : | |
| **SALLY DURSO, and** : | |
| **CSAA AFFINITY INSURANCE** : | |
| **COMPANY** : | |
| : | |
| **Defendants.** : | |

## MERRIMACK MUTUAL FIRE INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, the Plaintiff, Merrimack Mutual Fire Insurance Company (hereinafter "Merrimack"), respectfully moves that summary judgment be granted on its claims as set out in its Amended Complaint [Doc. # 49] in this declaratory judgment action.

As set forth in Merrimack's accompanying brief in support, Merrimack has no duty to defend or indemnify the Defendant, Kim Renchy Hodge ("Hodge") with respect to the claims brought by Sally Durso ("Durso") in the underlying action as the claims are excluded from coverage pursuant to the "Motor Vehicle Liability" Exclusion in the Merrimack Policy.

For the reasons set forth in its memorandum of law, together with its Local Rule 56(a)(1) Statement of Undisputed Material Facts and supporting exhibits, Merrimack requests that the Court grant its Motion for Summary Judgment.

**ORAL ARGUMENT REQUESTED**

1

**DATED:	August 26, 2021
	Hartford, CT**

                **Plaintiff,
MERRIMACK MUTUAL FIRE INSURANCE COMPANY,
By Its Attorney:**

*/s/ Kelly E. Petter*
**Scott T. Ober, Esquire (ct23046)
sober@hassettdonnelly.com
Sarah B. Christie, Esquire (ct29642)
schristie@hassettdonnelly.com
Kelly E. Petter, Esquire (ct29762)
kpetter@hassettdonnelly.com
Hassett & Donnelly, P.C.
City Place I
185 Asylum Street – 26th Floor
Hartford, CT  06013
(860) 247-0644**

## CERTIFICATE OF SERVICE

I, Kelly E. Petter, counsel of record for the Plaintiff, Merrimack Mutual Fire Insurance Company, in this action, do hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing, Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Kelly E. Petter*
Kelly E. Petter, Esquire