UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRIMACK MUTUAL FIRE INSURANCE COMPANY<br><br>v.<br><br>KIM RENCHY HODGE, SALLY DURSO, and CSAA AFFINITY INSURANCE COMPANY | :<br>:<br>:    NO. 3:20-cv-791-VLB<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come before the Court on plaintiff's Motion for Summary Judgment before the Honorable Vanessa L. Bryant, Senior United States District Judge; and

The Court having considered the full record of the case including applicable principles of law and having issued a Memorandum of Decision granting plaintiff's motion on all counts; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of plaintiff and this case is closed.

Dated at Hartford, Connecticut, this 24th day of March, 2022.

DINAH MILTON KINNEY, Clerk

By  /S/ Jeremy J. Shafer
      Jeremy Shafer
      Deputy Clerk

EOD: 3-24-2022